IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL WATKINS, Individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 11-CV-6601 |
| v. | ) ) ) | Judge Joan H. Lefkow |
| FERRET DIVERSIFIED SERVICES INCORPORATED d/b/a FERRET BACKGROUND CHECK, | ) ) ) ) ) | Magistrate Arlander Keys |
| Defendant. | ) | |

## ORDER

Pursuant to the terms and conditions of the parties' Joint Stipulation of Dismissal [Doc. No. 64] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the following order is hereby entered as follows:

1) Plaintiff, Paul Watkins' individual claims against Defendant, Ferret Diversified Services Incorporated, d/b/a Ferret Background Check, are hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs;

2) It is further ordered that Plaintiff's putative class action claims against Defendant are hereby dismissed without prejudice and without notice, with each party to bear their own attorney's fees and costs;

3) Plaintiff's motion for class certification is hereby permanently withdrawn; and

4) Plaintiff's counsel permanently withdraws and shall not pursue the pending motion for class certification in this lawsuit.

May 2, 2014

_____
Hon. Joan H. Lefkow
United States District Judge